**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| CHERYL ANN TOMAO )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FARMERS INSURANCE COMPANY, )<br>INC. )<br>)<br>Defendant. ) | Case No. 05-CV-437-JHP-PJC |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter came before the Court on the 7th day of July, 2006, on Defendant Farmers Insurance Company, Inc.'s *Motion to Dismiss for Failure to Comply with Court Order and Other Discovery* (hereafter *Motion to Dismiss*) (Document No. 28).

Defendant filed its *Motion to Dismiss* on May 26, 2006. Plaintiff has failed to comply with the Court Order referenced therein to exchange and file a witness and exhibit list. Plaintiff has failed to respond to the *Motion to Dismiss*. The Court, having read the Motion and for good cause shown, does hereby order and decree as follows:

IT IS ORDERED, ADJUDGED AND DECREED by the Court that the *Motion to Dismiss for Failure to Comply with Court Order and Other Discovery* of Defendant Farmers Insurance Company, Inc. should be and the same is hereby **SUSTAINED**.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED by the Court that Plaintiff's Complaint and causes of action should be and the same are hereby dismissed with prejudice.

IT IS SO ORDERED this 10th day of July 2006.

James H. Payne
United States District Judge
Northern District of Oklahoma